IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR261 |
| vs. | ) | |
| | ) | ORDER |
| RANDY D. VANBEEK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the defendant's motion to continue trial [25] as counsel will be out of the country and government's counsel will be out of the state. Counsel are conducting plea negotiations. .  Good cause being shown, the motion will be granted and the trial shall be continued.  The defendant has previously complied with NECrimR 12.1(a).  (See filing [24]).

**IT IS ORDERED** that the motion to continue trial [25] is granted, as follows:

1. The jury trial now set for June 2, 2015 is continued to **July 14, 2015.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 14, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED 20th day of May, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**